**1064-15**
**1065-15**

Court of Appeals
Fifth District of Texas at Dallas

Allen Ho                    v.         The State of Texas

ORIGINAL No. 05-14-00962-CR.
No. 05-14-00963-CR.

RECEIVED IN
COURT OF CRIMINAL APPEALS
NOV 06 2015
Abel Acosta. Clerk

On Appeal From the Criminal District Court No. 3
Dallas County, Texas
Trial Court Case Nos. F13-58092-J, F13-58094-J.

In regards the Oral argument. It will help aid me to open the Case in more detail review. Arguing on the basis of insufficient evidence. and counsel.

The nature of the case Presents itself as

FILED IN
COURT OF CRIMINAL APPEALS
NOV 09 2015
Abel Acosta, Clerk

or irrefutable.

On May 28. 2015 Justice Fillmore. Myers, and Evans, Affirm the Judgement for Two Aggravated Robberies with a deadly weapon. Offenses. The trial Court rendered Judgement Sentencing for Allen Ho to fifteen years imprisonment in each Case.

## Statement for the Grounds of Review

I. Point of error, Insufficient that defendant Allen Ho had Possession or any finger prints were found on a deadly weapon.

II. Point of error, Insufficient evidence that defendant Allen Ho's finger prints were lifted at the Scene of the crime.

III. Point of error, The identity of the defendant Allen Ho was not determined through a Photo line-up from the Complaining witness. Nor did the witness give Proper description of Allen Ho's Identity when the crime / complaint took place. Making the victims complaint invalid.

IV. Point of error, denied effective assistance of Counsel, Failed to Properly advise Petitioner Allen Ho as to how the law applied to the facts of the case.

VI. Point of error, denied effective motion to dismiss his trial counsel.

VII. Point of error, the trial court erred in failing to admonish appellant's pursuant to the mandatory requirements of Article 26.13 Texas Code of Criminal Procedure. (Faretta v. California)

## Concise Argument

In regards to Case NO. F13-58092-J and F13-58092-J the facts of the case were not presented in substantial form. They were given to the jury as frivolous and without merit. The case was steadfast and prejudicial giving no true authourity to the appellants defense. Also the Counsel appointed was unprepared and going through procedural motions. did not have the clients best interest at hand, giving no real argument for the defense and his constitutional rights making the appellant disposition inaccurate and false. In my Point of error's I make clear and concise statement's leading to the review of this case as the appellant's defense was insufficient as well as the evidence.

The fact's of the cases are open for interpretation leading the jury of the court to make an innacurate judgement.

Court of Appeals
Fifth district of Texas Dallas

Allen Ho                              v.           The State of Texas.

_____

    I now come before the court asking for any relief pertaining this review.

    Also Pray for this review to be granted and further Justice is served.

_____

Thank you for consideration
                Sincerely.

                Appellant. (PDR)

I also ask For any Copies be forfeited due to no access or printer available to me.

appellanT (PdR)

**AFFIRM; and Opinion Filed May 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

**No. 05-14-00962-CR**
**No. 05-14-00963-CR**
_____

**ALLEN HO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F13-58092-J, F13-58094-J

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Fillmore

A jury convicted Allen Ho of two aggravated robbery with a deadly weapon offenses. The trial court rendered judgment sentencing Ho to fifteen years' imprisonment in each case. *See* TEX. PENAL CODE ANN. § 29.03(a)(2) (West 2011). On appeal, Ho's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See* *High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to Ho. We advised Ho of his right to file a pro se response, but he did not file a

pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

140962F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

ALLEN HO, Appellant

No. 05-14-00962-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 3 of Dallas County, Texas (Tr.Ct.No. F13-58092-J).
Opinion delivered by Justice Fillmore, Justices Myers and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 28, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALLEN HO, Appellant

No. 05-14-00963-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 3 of Dallas County, Texas (Tr.Ct.No.
F13-58094-J).
Opinion delivered by Justice Fillmore,
Justices Myers and Evans participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 28, 2015.

Allen Ho
#01945313
Pormby State Jail
998 County Road AA.
Plainview, Tx 79072

AMARILLO TX 791
26 OCT 2015 PM 2 L

Legal mail

Court of Appeals
Fifth District of Texas at Dallas
George L. ALLEN Sr. Courts Building
600 Commerce Street, Suite 200
Dallas, Texas 75202

75202+4653